



Office of Town Attorney
# Town of Ramapo
237 Route 59
Suffern New York 10901
(845) 357-5100
Fax: (845) 357-2936

November 21, 2019

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street, Chamber 533
White Plains, New York 10601

**Re:** **T-Mobile Northeast LLC and Sectorsite v. The Town of Ramapo, et al.**
   **Docket No. 19-cv-6960 (KMK)(PED)**

Dear Judge Karas:

Yesterday Town management assigned me to this matter, and I am filing a Notice of Appearance along with this letter. I am scheduled to appear before the Honorable Joan B. Lefkowitz, Westchester County Supreme Court, on December 10, 2019, which I understand to be the next scheduled appearance in this matter. Our office is understaffed, and we do not have any other attorneys who are admitted in Federal Court other than Dennis Lynch, who has been conflicted out of this case.

As a result, we respectfully request a first-time adjournment to a date convenient to the Court. Plaintiffs indicated by phone that they do not object to the adjournment. The parties are available on December 9, 12, 16 and on January 6, 13, 16.

Very truly yours,

James M. Birnbaum
Assistant Town Attorney

JMB:jlc
cc:   Carlotta Cassidy, Esq.

Denied.
So Ordered.
11/25/19